UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANTHONY HARPER,

    Plaintiff,

v.                         Case No.: 6:17-cv-00796-GAP-KRS

TRANSWORLD SYSTEMS, INC.,

    Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT**

    Defendant, Transworld Systems Inc., by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: November 2, 2017

                                      Respectfully submitted,

                                      */s/ Jocelyn C. Smith*
                                      Jocelyn C. Smith, Esq.
                                      Florida Bar No. 0036554
                                      Dayle M. Van Hoose, Esq.
                                      Florida Bar No. 0016277
                                      SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
                                      3350 Buschwood Park Drive, Suite 195
                                      Tampa, Florida 33618
                                      Telephone: (813) 440-5328
                                      Facsimile: (866) 466-3140
                                      jsmith@sessions.legal
                                      dvanhoose@sessions.legal

*Attorneys for Defendant,*
*Transworld Systems Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 2nd day of November 2017, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Amanda J. Allen, Esq.
William Peerce Howard, Esq.
The Consumer Protection Firm
210-A South MacDill Avenue
Tampa, FL 33609

*/s/ Jocelyn C. Smith*
Attorney